**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

In Re:

**AMY A. BROOME,**                          **Case No.  18-03614-JCO**
                                            **Chapter 13**

    **Debtor.**

_____/

## ORDER

THIS MATTER came before the Court on December 19, 2018, on the

Motion of Creditor Elizabeth L. Strickland for entry of an order granting relief

from the automatic stay to allow the U.S. District Court for the Southern District of

Mississippi to rule on post-judgment motions and enter final judgment in the case

of *Elizabeth L. Strickland and The Elizabeth Lance Broome Revocable Trust v.*

*Amy Alyese Broome and USAA Life Insurance Company,* Case No. 2:16-cv-00124-

KS-MTP.  (Doc. 19).  Appearances are noted in the record.  No objection was filed

by any party in interest and on consideration the Court concludes that such motion

is due to be granted.  It is therefore

    **ORDERED** that the motion for relief from the automatic stay is granted and

the automatic stay is hereby terminated so as to authorize the U.S. District Court

for the Southern District of Mississippi to continue with the post-judgment

adjudication of the case of *Elizabeth L. Strickland and The Elizabeth Lance*

*Broome Revocable Trust v. Amy Alyese Broome and USAA Life Insurance Company,* Case No. 2:16-cv-00124-KS-MTP, any other post-judgment motions, and furthermore, the stay is lifted for any party to appeal any judgment or order entered in said proceeding. The stay shall remain in effect as to execution of the judgment or any proceeding in the nature of collection on the judgment.

Dated: December 21, 2018

JERRY C. OLDSHUE, JR.
U.S. BANKRUPTCY JUDGE

Order prepared by:

Gilbert L. Fontenot
Maples & Fontenot, LLP
PO Box 1281
Mobile, AL 36633