# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF ALABAMA

In re:

AMY A. BROOME                                            Case No. 18-03614-JCO-13

Debtor.

## TRUSTEE'S MOTION TO DISBURSE FUNDS

Comes now Daniel B. O'Brien, Standing Chapter 13 Trustee for the Southern District of Alabama, and hereby moves the Court for an order to disburse funds in the amount of $29,800.68 and would show as follows:

This Chapter 13 case was filed September 6, 2018.

On July 10, 2019, an order was entered dismissing the Debtor's case for failure to comply with a consent order regarding plan payments.

On July 15, 2019, the Trustee's office was served with a writ of garnishment by Elizabeth Strickland, et al. (See attached).

As of the date of service of the writ of garnishment, the Trustee was holding the sum of $29,800.68.

Wherefore, the Trustee respectfully moves the Court for an order directing disbursement of the $29,800.68 per the writ of garnishment or for all other actions as the Court deems appropriate.

Date: July 15, 2019

                                                             s/Daniel B. O'Brien
                                                             DANIEL B. O'BRIEN
                                                             CHAPTER 13 TRUSTEE
                                                             Post Office Box 1884
                                                             Mobile, AL 36633

## CERTIFICATE OF SERVICE

Movant certifies that a copy of the foregoing motion was served on all parties listed below by first class mail or electronic notification on July 15, 2019.

s/Daniel B. O'Brien<br>
DANIEL B. O'BRIEN<br>
CHAPTER 13 TRUSTEE

First Class Mail:

Amy A. Broome
23836F West Cypress Way
Orange Beach, AL 36561


Electronic notification via CM/ECF-PACER:

Hendrik S. Snow
50 Saint Emanuel St
Mobile, AL 36602

A. Richard Maples, Jr.
Post Office Box 1281
Mobile, AL 36633

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

| | |
|---|---|
| ELIZABETH L. STRICKLAND, et al, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )     2:16-CV-124-KS-MTP |
| AMY ALYECE BROOME, et al, | )<br>)<br>) |
| Defendants, | )<br>) |
| v. | )<br>) |
| CHAPTER 13 TRUSTEE, DANIEL B. O'BRIEN, | )<br>)<br>) |
| Garnishee. | )<br>) |

## WRIT OF GARNISHMENT

TO THE UNITED STATES MARSHAL FOR THE SOUTHERN DISTRICT OF MISSISSIPPI, EASTERN DIVISION, OR TO ANY OTHER AUTHORIZED OFFICER, GREETINGS:

On the 25th day of July, 2018, a judgment was received from the United States District Court, Southern District, Eastern Division of Mississippi in favor of Plaintiffs and against Defendant Amy Alyece Broome for the total sum of $339,912.27, plus interest at the federal rate provided by 28 U.S.C. §1961 (being 2.44% per annum, a per diem of $22.72); said judgment remains unsatisfied in the principal amount of $339,912.27, with additional accrued interest as of July 11, 2019, in the amount of $7,974.72 (351 days x $22.72). As of the date hereof, the total balance outstanding on the judgment is $347,886.99, plus the court costs and the costs of the garnishment. The judgment has never been assigned to anyone by Plaintiff. You are hereby commanded forthwith to summon Daniel B. O'Brien, Chapter 13 Trustee, PO Box 1884, Mobile, AL 36633, (the "Garnishee") as Garnishee in the above-styled cause to appear within thirty (30)

days from the date of service of this process, before the United States District Court for the Southern District of Mississippi, Eastern Division, at 701 N. Main St., Suite 200 Hattiesburg, Mississippi 39401, and file a written answer, upon oath:

(1) Whether Garnishee is or was indebted to **Amy Alyece Broome** at the time you received this process, or when you make your answer, or during the intervening time, and in what sum or sums; or

(2) Whether Garnishee will be indebted to **Amy Alyece Broome** in the future by existing contract; or

(3) Whether by existing contract you are liable to **Amy Alyece Broome** for the delivery of Personal property or for the payment of money which may be discharged by the delivery of Personal property or which may be payable in personal property; or

(4) Whether you have or not in your possession or under your control real or personal property or things in action belonging to **Amy Alyece Broome**.

Mailing the notarized Answer to the Clerk of the Court constitutes making a proper appearance in the court. You are to also mail a copy of the notarized Answer to counsel for the Plaintiffs, S. Robert Hammond, Jr., Esq, PO Box 471, Hattiesburg, MS 39403-0471.

The United States Marshal, or other authorized officer, is hereby commanded to serve a copy of the above Writ of Garnishment on the above-named Garnishee, and make return of this Writ and the execution thereof, according to law.

\* Contact Plaintiff's counsel at (601) 450-4499 for full Social Security Number of Defendant, if necessary. \*

Dated this 12 day of July, 2019.
ARTHUR JOHNSTON, CLERK

By: _____
UNITED STATES DISTRICT COURT CLERK