# United States Bankruptcy Court

Southern District of Alabama

**Case No. 18–03614**

**Chapter 13**

In re:

Amy A. Broome
aka Amy Alyece Broome
23836F West Cypress Way
Orange Beach, AL 36561

Social Security No.:
xxx–xx–3457

## *FINAL DECREE*

The estate of the above named debtor has been fully administered. Daniel B. O'Brien is discharged as trustee of the estate of the above−named debtor and the bond is cancelled:

The Chapter 13 case of the above named debtor is closed; and the surety or sureties on said bond be, and they hereby are released further liability thereunder, except any liability which may have accrued during the time such bond was in effect.

Dated: 9/19/19

JERRY C. OLDSHUE, JR.
U.S. BANKRUPTCY JUDGE